IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| SODABLAST OF VIRGINIA, LLC | ) | |
| A Virginia Limited Liability Company | ) | |
| PO Box 263 | ) | |
| Oilville, Virginia  23129 | ) | |
| | ) | |
| v. | ) | Civil Action no. |
| | ) | |
| GRUNLEY CONSTRUCTION CO., INC. | ) | |
| A Maryland Corporation | ) | |
| 15020 Shady Grove Road | ) | |
| Rockville, Maryland 20850 | ) | |
| SERVE:     Registered Agent | ) | |
|                    ROYAL SERVICE COMPANY INC. | ) | |
|                    5335 Wisconsin Avenue, NW, Suite 440 | ) | |
|                    Washington, DC   20005 | ) | |
| | ) | |
|                    and | ) | |
| | ) | |
| CONTINENTAL INSURANCE COMPANY | ) | |
| A Pennsylvania Corporation | ) | |
| 333 S. Wabash Avenue | ) | |
| Chicago, IL  60604 | ) | |
| SERVE:     Registered Agent | ) | |
|                    CT CORPORATION | ) | |
|                    1015 15TH Street, NW | ) | |
|                    Suite 1000 | ) | |
|                    Washington, DC   20005 | ) | |
| | ) | |
|                    and | ) | |
| | ) | |
| LIBERTY MUTUAL INSURANCE CO. | ) | |
| A Massachusetts Corporation | ) | |
| 175 Berkley Street | ) | |
| Boston, MA  02116 | ) | |
| SERVE:     Registered Agent | ) | |
|                    CORPORATION SERVICE COMPANY | ) | |
|                    1090 Vermont Avenue, NW | ) | |
|                    # 430 | ) | |
|                    Washington, DC   20005 | ) | |
| | ) | |
|                    Defendants | ) | |

COMPLAINT

Plaintiff, SodaBlast of Virginia, LLC (hereinafter referred to as "SodaBlast"), a Virginia limited liability company, complains of the Defendants, Grunley Construction Co., Inc. (hereinafter referred to as "Grunley"); and Continental Insurance Company (hereinafter referred to as "Continental"); and Liberty Mutual Insurance Co. (hereinafter referred to as "Liberty"), as follows:

1. SodaBlast is a limited liability company organized and existing under the laws of the Commonwealth of Virginia with its principal place of business located in Louisa County, Virginia.

2. Grunley is a corporation organized and existing under the laws of the State of Maryland with its principal place of business located in Rockville, Maryland.

3. Continental is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania with its principal place of business located in Radnor, Pennsylvania.

4. Liberty is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with its principal place of business located in Boston, Massachusetts.

5. This Court has original jurisdiction to hear this action pursuant to 28 U.S.C. § 1332, because there is a diversity of citizenship between the parties and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6. Upon information and belief, Grunley entered into a contract with the Embassy of the Federal Republic of Germany (the "Owner") under which it agreed to serve as general

contractor in connection with renovations to the Germany Embassy located in Washington, D.C.

7. Thereafter, Grunley, as principal, and Continental and Liberty, as sureties, executed and delivered a payment bond to the Owner, as Obligee. A copy of the payment bond is attached hereto as Exhibit A and incorporated by reference herein.

8. Grunley requested a quote from SodaBlast to remove paint and install primer on eight (8) steel catwalks removed from the German Embassy.

9. On or about January 16, 2014, Grunley's senior project manager, Mark G. Senula, sent an email to SodaBlast approving its quote and directing it to proceed with the work.

10. SodaBlast completed its work on the eight (8) steel catwalks on or about February 23, 2014.

11. On or about March 1, 2014, SodaBlast sent Grunley Invoice Number 804 in the sum of $46,365.00 for work performed on the eight (8) steel catwalks. A copy of the invoice is attached hereto as Exhibit B and incorporated by reference herein.

12. On or about March 18, 2014, SodaBlast sent a quote to Grunley's senior superintendent to remove paint and install primer on an additional eight (8) steel catwalks.

13. Grunley accepted SodaBlast's quote.

14. SodaBlast completed work on the additional eight (8) steel catwalks on or about March 28, 2014 and sent Invoice Number 813 in the amount of $49,500.00 to Grunley on March 30, 2014. A copy of the invoice is attached hereto as Exhibit C and incorporated by

reference herein.

15. On or about June 23, 2014, Grunley issued a purchase order for the work included in SodaBlast's Invoice Number 804. On or about July 9, 2014, Grunley issued a purchase order for the work set forth in SodaBlast's Invoice Number 813.

COUNT I
Action On Payment Bond

16. SodaBlast re-alleges and re-pleads the allegations set forth in paragraphs 1 through 15 above which are incorporated by reference herein.

17. On or about November 20, 2014 SodaBlast's attorney sent written notice of SodaBlast's claim by certified mail, return receipt requested, to the Owner, Grunley, as Principal, and Continental and Liberty, as Sureties.

18. By letter dated December 4, 2014, Continental, as Lead Surety, acknowledged SodaBlast's claim and requested additional documentation supporting its claim.

19. SodaBlast's attorney responded to Continental's request for additional documents by letter dated December 15, 2014, setting forth proof of SodaBlast's claim in accordance with the requirements of the Bond.

20. SodaBlast's attorney spoke with Continental's Claims Manager, James Milos, by telephone on January 6, 2015. Mr. Milos advised that Continental had received counsel's letter of December 15, 2014.

21. Under §7 of the payment bond, Continental and Liberty were obligated to send an answer to SodaBlast within sixty (60) days after receipt of its claim stating the amounts that were undisputed and the basis for challenging any amounts that were disputed; and, to pay or

arrange for payment of any undisputed amounts.

22. Neither Continental nor Liberty has complied with their obligations under §7 of the payment bond.

23. Defendants are indebted to SodaBlast in the sum of $95,865.00 for labor and materials SodaBlast furnished in connection with the Project, after all credits, setoffs, and just grounds of defense.

24. This suit is filed within the time limits set forth in the payment bond.

25. SodaBlast has performed all conditions precedent.

WHEREFORE, Plaintiff, SodaBlast of Virginia, LLC, demands judgment against the Defendants, Grunley Construction Co., Inc., and Continental Insurance Company and Liberty Mutual Insurance Co., jointly and severally, for the sum of Ninety-Five Thousand Eight Hundred Sixty-five Dollars and No Cents ($95,865.00), with interest at the legal rate from April 30, 2014; attorney's fees, as allowed by the Bond; costs of this action; and such other and further relief as the Court may deem just and proper.

## COUNT II
### Breach of Contract

26. SodaBlast re-alleges and re-pleads the allegations set forth in paragraphs 1 through 15 above, which are incorporated by reference herein.

27. SodaBlast sent two separate quotes to Grunley to perform work on catwalks for use on the Project.

28. Grunley accepted the quotes.

29. SodaBlast completed the work set forth in the quotes.

30. Notwithstanding SodaBlast's completion of its work, Grunley has failed and

5

refused to make any payment for said work.

31. Grunley is indebted to SodaBlast in the sum of $95,865.00 for the work it performed pursuant to the quotes. This is the amount justly due after all credits, setoffs, and just grounds of defense.

32. Despite demand Grunley has failed to pay said sum or any part thereof.

33. Said sum is past due and owing to SodaBlast.

34. SodaBlast has performed all conditions precedent.

WHEREFORE, Plaintiff, SodaBlast of Virginia, LLC, demands judgment against the Defendant, Grunley Construction Co., Inc., for the sum of Ninety-five Thousand Eight Hundred Sixty-five Dollars and No Cents ($95,865.00), with interest at the legal rate from April 30, 2014, and costs of this action; and such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Date:  
Bar Identification No.: <u>418516</u>

By:  /s/ Robert G. Shuster  
Robert G. Shuster  
Attorney for Plaintiff  
12850 Middlebrook Road  
Suite 225  
Germantown, MD  20874  
rshuster@verizon.net  
(301) 670-0377 (Office)/ (301) 921-0294 (Fax)